# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | CASE NO. 2:15-CV-291<br><br><br>JURY TRIAL DEMANDED |

## DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc. hereby files its Corporate Disclosure Statement. Apple Inc. has no parent corporations, and there is no publicly held company that owns 10% or more of Apple Inc.'s stock.


Dated: April 22, 2015            Respectfully submitted,

By:    */s/ Ruffin Cordell*
Ruffin Cordell
cordell@fr.com
Texas Bar No. 04820550
Joseph V. Colaianni
colaianni@fr.com
D.C. Bar No. 454744
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
(202) 783-5070 (Telephone)
(202) 783-2331 (Facsimile)

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

Benjamin C. Elacqua
elacqua@fr.com
Texas Bar No. 24055443
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
(713) 654-5300 (Telephone)
(713) 652-0109 (Facsimile)

Christopher O. Green
cgreen@fr.com
Georgia Bar No. 037617
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
(404) 892-5005 (Telephone)
(404) 892-5002 (Facsimile)

Melissa Richards Smith
melissa@gillamsmithlaw.com
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**


303 South Washington Ave.
Marshall, TX 75670
(903) 934-8450 (Telephone)
(903) 934-9257 (Facsimile)

Michael E. Jones
mikejones@potterminton.com
Texas Bar No. 10929400
Allen F. Gardner
allengardner@potterminton.com
Texas Bar No. 24043679
**POTTER MINTON**
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

**COUNSEL FOR APPLE INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 22, 2015, per Local Rule CV-5(a)(3).

*/s/ Ruffin Cordell*
Ruffin Cordell

3