**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:15-cv-291<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF DINO HADZIBEGOVIC

Please take notice that the following attorney is entering an appearance for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson: Dino Hadzibegovic, California State Bar Number 267489, of Bunsow, De Mory, Smith & Allison LLP, 351 California Street, Suite 200, San Francisco, California  94104, (415) 426-4747.  Mr. Hadzibegovic is admitted to practice in the Eastern District of Texas.  Henry C. Bunsow of Bunsow, De Mory, Smith & Allison LLP remains the Lead Attorney.

Dated:  June 5, 2015

Respectfully Submitted,

By:   */s/ Dino Hadzibegovic*
Dino Hadzibegovic (California State Bar # 267489)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, California  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Email:  dhadzibegovic@bdiplaw.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and**
**TELEFONAKTIEBOLAGET LM ERICSSON**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

Dated:  June 5, 2015

*/s/ Dino Hadzibegovic*
Dino Hadzibegovic