IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br> CIVIL ACTION NO. 2:15-cv-291 <br><br> JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF ROBIN K. CURTIS

Please take notice that the following attorney is entering an appearance for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson: Robin K. Curtis, California State Bar Number 271702, of Bunsow, De Mory, Smith & Allison LLP, 351 California Street, Suite 200, San Francisco, California  94104, (415) 426-4747.  Ms. Curtis is admitted to practice in the Eastern District of Texas.  Henry C. Bunsow of Bunsow, De Mory, Smith & Allison LLP remains the Lead Attorney.

Dated:  June 5, 2015                         Respectfully Submitted,

By:    */s/ Robin K. Curtis*
Robin K. Curtis (California State Bar # 271702)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, California  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Email:  rcurtis@bdiplaw.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and**
**TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

Dated: June 5, 2015

*/s/ Robin K. Curtis*
Robin K. Curtis