**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | )<br>)<br>) CIVIL ACTION NO. 2:15-cv-291<br>) |
| Plaintiffs, | ) JURY TRIAL DEMANDED<br>) |
| v. | )<br>) |
| APPLE INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF JEFFREY D. CHEN

Please take notice that the following attorney is entering an appearance for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson: Jeffrey D. Chen, California State Bar Number 267837, of Bunsow, De Mory, Smith & Allison LLP, 701 El Camino Real, Redwood City, California 94063, (650) 351-7248. Mr. Chen is admitted to practice in the Eastern District of Texas. Henry C. Bunsow of Bunsow, De Mory, Smith & Allison LLP remains the Lead Attorney.

Dated: June 5, 2015       Respectfully Submitted,

By:   */s/ Jeffrey D. Chen*
Jeffrey D. Chen (California State Bar #267837)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
701 El Camino Real
Redwood City, California 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253
Email: jchen@bdiplaw.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and
TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

Dated: June 5, 2015

*/s/ Jeffrey D. Chen*
Jeffrey D. Chen