**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| APPLE INC., | ) ) |
| Defendant. | ) ) |

CIVIL ACTION NO. 2:15-cv-291

JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE OF JOSEPH J. FRARESSO

Please take notice that the following attorney is entering an appearance for Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson: Joseph J. Fraresso, California State Bar Number 289228, of Bunsow, De Mory, Smith & Allison LLP, 351 California Street, Suite 200, San Francisco, California  94104, (415) 426-4747.  Mr. Fraresso is admitted to practice in the Eastern District of Texas.  Henry C. Bunsow of Bunsow, De Mory, Smith & Allison LLP remains the Lead Attorney.

Dated:  June 5, 2015            Respectfully Submitted,

By:   */s/ Joseph J. Fraresso*
Joseph J. Fraresso (California State Bar # 289228)
**BUNSOW, DE MORY, SMITH & ALLISON LLP**
351 California Street, Suite 200
San Francisco, California  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Email:  jfraresso@bdiplaw.com

*Attorneys for Plaintiffs*
**ERICSSON INC. and
TELEFONAKTIEBOLAGET LM ERICSSON**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

Dated: June 5, 2015

*/s/ Joseph J. Fraresso*
Joseph J. Fraresso